**Abatement Order filed July 7, 2022**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-22-00202-CV**

———————

**CLAUDE LOVELACE, Appellant**

**V.**

**WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF BCMB1 TRUST, PLANET HOME LENDING, LLC AND PRESTIGE DEFAULT SERVICES, LLC, Appellees**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-45667**

## ABATEMENT ORDER

On July 1, 2022, appellees notified this court that the parties had reached an agreement to settle the issues on appeal and requested that the appeal be stayed for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until September 7, 2022. The appeal will be reinstated on this court's active docket at that time or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.